# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CML-NV TWO, LLC, a Florida limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> DGRE, LLC, a Nevada limited liability company, *et al.*, <br><br> Defendants. | Case No.  2:11-cv-00318-RLH-GWF <br><br> **ORDER** |

This matter is before the Court on Defendants' failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  The Answer (#6) in this matter was filed April 15, 2011.  LR 7.1-1 requires that counsel for private parties shall, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have an interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties.  If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  To date, Defendants have failed to comply.  Accordingly,

**IT IS ORDERED** that Defendants shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **May 23, 2011.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 11th day of May, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge