# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CML-NV TWO, LLC, a Florida limited liability company,

        Plaintiff,

vs.

DGRE, LLC, a Nevada limited liability company, *et al.*,

        Defendants.

Case No.  2:11-cv-00318-RLH-GWF

**ORDER**

       This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed February 28, 2011.  Defendants filed their Answer (#6) on April 15, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

       **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **June 20, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

       DATED this 10th day of June, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge